UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
STACEY MERCER,
                                Plaintiff,

               -against-

COMETTI PROPERTIES, LLC, et al.,

                              Defendants.
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2019

19 Civ. 7247 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated August 22, 2019, set the initial conference for October 10, 2019, at 10:30 A.M. (Dkt 3);

WHEREAS, the Order, dated November 6, 2020, adjourned the initial conference to December 19, 2019, at 10:30 A.M. in Courtroom 1106 of the United States District Court for the Southern District of New York (Dkt. 24);

WHEREAS, the parties have not filed a joint letter or proposed case management plan pursuant to the August 22, 2019, Order. It is hereby

**ORDERED** that, by **December 17, 2019, at 3:00 P.M.**, the parties file a joint letter and proposed case management plan.

The parties are reminded to follow the Individual Rules for this Court.

Dated: December 16, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**